AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 1014**

SUMMONS IN A CIVIL CASE

Julio Martinez, Jr.

V.

Officer John Haleas #6719, et al.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE ST. EVE
MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Clerk, City of Chicago
Room 107
121 North LaSalle Street
Chicago, IL 60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Esperanza Arnold*

(By) DEPUTY CLERK

February 19, 2008

Date

2008 MAR -7 PM 1:24
CITY CLERKS OFFICE
RECEIVED

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | MARCH 7, 2008 |
| NAME OF SERVER (PRINT) James M. Delocta | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served @ place of business, 121 N. LaSalle, Chicago to Representative, Maybaline Coleman. Summons stamped received 3/7/08

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/7/08
            Date

Signature of Server: James M. Delocta

Address of Server: 9 S. Van Buren St., Balawar

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.