1997.000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER JOHN HALEAS #6719,<br>OFFICER L. ROMANO #9875 and<br>OFFICER SAUL BASURTO #11660, and<br>CITY OF CHICAGO, an Illinois Municipal<br>Corporation,<br><br>Defendants. | No.: **08 C 1014**<br><br>Judge Amy J. St. Eve<br>Courtroom: 1241 |

## INITIAL STATUS REPORT

**I.    THE NATURE OF THE CASE**

    **A.    IDENTIFY THE ATTORNEYS OF RECORD FOR EACH PARTY, INCLUDING THE LEAD TRIAL ATTORNEY:**

Attorneys for Plaintiffs:
Terry A. Ekl, *Lead Trial Attorney*
Patrick L. Provenzale
Gayle Schor

Attorneys for Defendant:

No Attorneys of Record.  Status of Service of Summons and Complaint on named Defendants provided below:

There are four (4) Defendants in this case.  As of the date of this report, service has been returned executed on the City of Chicago as of March 7, 2008 and no Appearance has been filed.  Plaintiff has not executed service on the named Defendant Officers until it is determined whether the City will accept service on their behalf or if Subpoenas will need to be issued to obtain

their residence address.

  **B.** **STATE THE BASIS FOR FEDERAL JURISDICTION.**

  The basis for federal jurisdiction of this civil rights action is pursuant to 28 U.S.C. §1331, 28 U.S.C. 1343(a)(3) and 42 U.S.C. §1983, 28 U.S.C. §1391(b) and 28 U.S.C. §1367(a).

  **C.** **DESCRIBE THE NATURE OF THE CLAIMS ASSERTED IN THE COMPLAINT AND ANY COUNTERCLAIMS.**

This action is brought seeking damages as redress for Defendants' violations of the Plaintiff's rights enumerated under the Fourth, Fifth and Fourteenth Amendments to Constitution of the United States of America, and state law malicious prosecution, which violations and tort resulted from the Defendants' unlawful and unauthorized detention, arrest and charging of the Plaintiff, the unlawful use of excessive force against the Plaintiff causing severe bodily and personal injuries, the unlawful failure to intervene regarding the aforementioned and the intentional withholding and/or destruction of exculpatory evidence resulting in a deprivation of the Plaintiff's right to a fair trial, all of which have caused the Plaintiff's significant and severe damages, including personal and pecuniary injuries.

  **D.** **STATE THE MAJOR LEGAL AND FACTUAL ISSUES IN THE CASE.**

  Whether the Defendants violated the Plaintiff's constitutional and state common law rights and to what extent Plaintiff is entitled to money damages.

  **E.** **DESCRIBE THE RELIEF SOUGHT BY THE PLAINTIFF(S).**

  The Plaintiffs are seeking substantial money damages.

**II.** **PENDING MOTIONS AND CASE PLAN**

  The Plaintiffs are recommending that a more comprehensive case plan be deferred until all Defendants have appeared. The Plaintiffs would suggest that a subsequent status hearing be conducted in approximately thirty (30) days.

### III. CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

The Plaintiffs will agree to proceed before a Magistrate Judge. The position of the Defendants is unknown at this time.

### IV. STATUS ON SETTLEMENT DISCUSSIONS

There have been no settlement discussions.

Respectfully submitted by:

By: **s/ Patrick L. Provenzale**
Attorneys for Plaintiffs

Terry A. Ekl, *Lead Trial Attorney*
Patrick L. Provenzale
**Ekl**Williams PLLC
**Attorneys for Plaintiff**
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
ARDC # 00727105

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 *Facsimile*
gschor@sbcglobal.net