1997.000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **JULIO MARTINEZ, JR.,** | | |
| Plaintiffs, | | |
| v. | No.: | **08 C 1014** |
| **OFFICER JOHN HALEAS #6719,
OFFICER L. ROMANO #9875 and
OFFICER SAUL BASURTO #11660,** | | Judge Amy J. St. Eve
Courtroom: 1241 |
| Defendants. | | |

**NOTICE OF FILING**

  **PLEASE TAKE NOTICE** that on **Wednesday, March 26, 2008**, we filed Plaintiff's Initial Status Report, with the Clerk of the United States District Court, Northern District - Eastern Division, through the CM/ECF system which will send notification of such filing to Counsel of Record and I hereby certify that I have mailed by United States Postal Service said pleadings to the attorneys of record.

  Respectfully submitted by:

  By: **s/ Patrick L. Provenzale**
  Patrick L. Provenzale, Atty No: 6225879
  **Ekl**Williams PLLC
  901 Warrenville Road, Suite 175
  Lisle, IL 60532
  (630) 654-0045
  (630) 654-0150 *Facsimile*
  pprovenzale@eklwilliams.com
  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Patrick L. Provenzale, hereby certifies that on Wednesday, March 26, 2008, he caused Plaintiff's Initial Status Report in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

s/ Patrick L. Provenzale