1997.000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **JULIO MARTINEZ, JR.,**<br><br>  Plaintiffs,<br><br> v.<br><br>**OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660** and **CITY OF CHICAGO,** an Illinois Municipal Corporation,<br><br>  Defendants. | No.:  **08 C 1014**<br><br>Judge Amy J. St. Eve<br>Courtroom:  1241 |

**MOTION FOR ORDER OF DEFAULT**

NOW COMES the Plaintiff, Julio Martinez, by and through his attorneys, **Ekl**Williams PLLC and the Law Offices of Gayle Schor P.C., and moves this Honorable Court for entry of an Order of Default against the Defendant, City of Chicago and set this matter for prove-up, and in support thereof, the Plaintiff states as follows:

1.  On February 19, 2008, the Plaintiff filed a Complaint against the Defendant, City of Chicago, and certain Defendant Officers of the Chicago Police Department.

2.  On March 7, 2008, Plaintiff's Private Investigator served the Defendant, City of Chicago and said Summons and Affidavit were filed with the Court on March 13, 2008.  (See Dkt. 8).

3.  The Defendant, City of Chicago, has failed to file its Appearance and Answer which was due on March 28, 2008.  (See Dkt. 8).

WHEREFORE, the Plaintiff, Julio Martinez, by and through his attorneys, **Ekl**Williams PLLC and the Law Offices of Gayle Schor P.C., prays this Court enter an Order of Default against the Defendant, City of Chicago, and set this matter for prove-up hearing.

Respectfully submitted by:
By: **s/ Patrick L. Provenzale**
Terry A. Ekl, Atty No.: 00727105
Patrick L. Provenzale, Atty No: 6225879
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
pprovenzale@eklwilliams.com

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 *Facsimile*
gschor@sbcglobal.net
*Attorneys for Plaintiff*