1997.000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| **JULIO MARTINEZ, JR.,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660** and **CITY OF CHICAGO,** an Illinois Municipal Corporation,<br><br>Defendants. | No.:   **08 C 1014**<br><br>Judge Amy J. St. Eve<br>Courtroom:   1241 |

### NOTICE OF MOTION

TO:   City of Chicago, 121 North LaSalle Street, Chicago, IL 60602

**YOU ARE HEREBY NOTIFIED** that on **Wednesday, April 23, 2008** at **8:30 a.m.**, or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Amy St. Eve**, or any judge sitting in her stead, in **Courtroom 1241** usually occupied by her in the **United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois**, and then and there present our **Motion for Order of Default**, a copy of which has been electronically filed with the Clerk, at which time and place you may appear if you see fit to do so.

Respectfully submitted by:
By: **s/ Patrick L. Provenzale**
Terry A. Ekl, Atty No.: 00727105
Patrick L. Provenzale, Atty No: 6225879
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
pprovenzale@eklwilliams.com

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 *Facsimile*
gschor@sbcglobal.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Patrick L. Provenzale, hereby certifies that on **Thursday, April 17, 2008**, he caused our **Motion for Order of Default** in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

By: **s/ Patrick L. Provenzale**
Attorneys for Plaintiff