1997.000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| **JULIO MARTINEZ, JR.,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660** and **CITY OF CHICAGO,** an Illinois Municipal Corporation,<br><br>Defendants. | No.: **08 C 1014**<br><br>Judge Amy J. St. Eve<br>Courtroom: 1241 |

## CERTIFICATE OF SERVICE

TO:   City of Chicago, 121 North LaSalle Street, Chicago, IL 60602

I, Mary Nash, a non-attorney, being first duly sworn on oath, deposes and states that I served a copy of the Notice of Motion and Motion for Order of Default on the above named party by depositing copies of same, by U.S. First Class Mail, with proper postage prepaid, in the U.S. Mail at Two Arboretum Lakes, 901 Warrenville Road, Lisle, Illinois 60532 on April 17, 2008.

  s/   **Mary Nash**

[X]   Under penalties as provided by law pursuant to LR5.5(a)(2) I certify that the statements set forth herein are true and correct

Patrick L. Provenzale
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
pprovenzale@eklwilliams.com
ARDC # 6225879