**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Julio Martinez Jr.
                      Plaintiff,

v.
                                              Case No.: 1:08−cv−01014
                                              Honorable Amy J. St. Eve

John Haleas, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve: MOTION by Plaintiff Julio Martinez, Jr for default judgment as to the City of Chicago [12] is entered and continued to 5/7/2008 at 8:30 AM Status hearing held on 4/23/2008; ( Status hearing set for 5/7/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.