AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS

## SUMMONS IN A CIVIL CASE

JULIO MARTINEZ, JR.,

CASE NUMBER: 08 C 1014

V.

ASSIGNED JUDGE: ST. EVE

OFFICER JOHN HALEAS #1679, ET AL.

DESIGNATED MAGISTRATE JUDGE: SOAT-BROWN

TO: (Name and address of Defendant)

Officer John Haleas, #6719
Criminal Court Building
26th & California, Room 101
Chicago, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick L. Provenzale
Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, #175
Lisle, IL 60532

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Nadine Girly_
(By) DEPUTY CLERK

April 21, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/25/08 |
| NAME OF SERVER (PRINT) James Kalkman | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Cook County Court 26th & California, Chicago, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/25/08

Signature of Server: James A. Kalkman

Address of Server: 9 S. Van Buren St. Batavia, IL 60510

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.