# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: **08 C 1014**

**JULIO MARTINEZ, JR.**

v.

**OFFICER JOHN HALEAS, CITY OF CHICAGO, ET AL**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO**

| |
|---|
| NAME (Type or print) <br> **Terrence M. Burns** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **s/ Terrence M. Burns (ARDC #3122331)** |
| FIRM <br> **Dykema Gossett PLLC** |
| STREET ADDRESS <br> **10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP <br> **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 3122331 | TELEPHONE NUMBER <br> (312) 876-1700 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Patrick Laurence Provenzale
Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road #175
Lisle, IL 60532
630.654.0045
630.654.0150 Fax
pprovenzale@eklwilliams.com

s/Terrence M. Burns  (ARDC No. 3122331)
Terrence M. Burns