**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Julio Martinez Jr.
                Plaintiff,

v.                                     Case No.: 1:08−cv−01014
                                               Honorable Amy J. St. Eve

John Haleas, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve: MOTION by Plaintiff Julio Martinez, Jr for default judgment as to the City of Chicago [12] is denied as moot in light of the City's appearance. Counsel for the City must appear at the next status on May 7, 2008 at 8:30 AM. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.