UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| JULIO MARTINEZ, JR., <br><br> Plaintiff, <br> v. <br><br> OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660, and CITY OF CHICAGO, an Illinois Municipal Corporation, <br><br> Defendants. | No. 08 C 1014 <br><br> Judge St. Eve <br><br> Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| SIGNATURE |
|---|
| s/Daniel F. Gallagher |

| FIRM |
|---|
| Querrey & Harrow, Ltd. |

| STREET ADDRESS |
|---|
| 175 West Jackson Boulevard, Suite 1600 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0905305 | TELEPHONE NUMBER <br> 312/540-7000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES  X         NO |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES            NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X         NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES X     NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL                    APPOINTED COUNSEL |