UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>JULIO MARTINEZ, JR.<br><br>Plaintiff,<br><br>v.<br><br>OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660, and CITY OF CHICAGO, an Illinois Municipal Corporation,<br><br>Defendants. | Case<br><br>No. 08 C 1014<br><br>Judge St. Eve<br><br>Magistrate Judge Brown |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| SIGNATURE |
|---|
| s/Paul A. O'Grady |
| **FIRM** |
| Querrey & Harrow, Ltd. |
| **STREET ADDRESS** |
| 175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP** |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271373 | TELEPHONE NUMBER<br>312/540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES    NO X ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. ||
| RETAINED COUNSEL              APPOINTED COUNSEL ||