UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>JULIO MARTINEZ, JR.,<br><br>                      Plaintiffs,<br>   v.<br><br>OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660, and CITY OF CHICAGO, an Illinois Municipal Corporation,<br><br>                      Defendants. | Case<br><br>No.  08 C 1014<br><br>Judge St. Eve<br><br>Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| **SIGNATURE**                                                     |                                              |
|-------------------------------------------------------------------|----------------------------------------------|
| s/Terrence F. Guolee                                              |                                              |
| **FIRM**                                                          |                                              |
| Querrey & Harrow, Ltd.                                            |                                              |
| **STREET ADDRESS**                                                |                                              |
| 175 West Jackson Boulevard, Suite 1600                            |                                              |
| **CITY/STATE/ZIP**                                                |                                              |
| Chicago, IL 60604                                                 |                                              |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6207056             | **TELEPHONE NUMBER**<br>312/540-7000         |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES          NO  X**                                                          ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X**                                                           ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES          NO  X**                                                           ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES        NO  X**                                     ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL              APPOINTED COUNSEL** ||