UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>JULIO MARTINEZ, JR.,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660, and CITY OF CHICAGO, an Illinois Municipal Corporation,<br><br>　　　　　　　　　　Defendants. | Case<br><br>No.  08 C 1014<br><br>Judge St. Eve<br><br>Magistrate Judge Brown |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| **SIGNATURE**                                                                 |                                       |
|---|---|
| s/Dominick L. Lanzito                                                         |                                       |
| **FIRM**                                                                      |                                       |
| Querrey & Harrow, Ltd.                                                        |                                       |
| **STREET ADDRESS**                                                            |                                       |
| 175 West Jackson Boulevard, Suite 1600                                        |                                       |
| **CITY/STATE/ZIP**                                                            |                                       |
| Chicago, IL 60604                                                             |                                       |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6277856                         | **TELEPHONE NUMBER**<br>312/540-7000  |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES          NO  X**                                              ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X**                                                ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES          NO  X**                                               ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES        NO  X**                          ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                            APPOINTED COUNSEL** ||