UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>JULIO MARTINEZ, JR.,<br><br>                              Plaintiffs,<br>    v.<br><br>OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660, and CITY OF CHICAGO, an Illinois Municipal Corporation,<br><br>                              Defendants. | Case<br><br>No.  08 C 1014<br><br>Judge St. Eve<br><br>Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| **SIGNATURE**<br><br>s/Mary E. McClellan |  |
|---|---|
| **FIRM**<br><br>Querrey & Harrow, Ltd. | |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6283486 | **TELEPHONE NUMBER**<br>312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES           NO  X** | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES           NO  X** | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES  X        NO** | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES         NO  X** | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                         APPOINTED COUNSEL** | |