IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., <br><br>   Plaintiff, <br><br> vs. <br><br> OFFICER JOHN HALEAS, #6719, OFFICER L. ROMANO, #9875 and OFFICER SAUL BASURTO, # 11660 and CITY OF CHICAGO, an Illinois Municipal Corporation, <br><br>   Defendants. | No. 08 C 1014 <br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Brown |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

   PLEASE TAKE NOTICE that on June 12, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge St. Eve at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, in Courtroom 1241, and present the attached **Defendant, City of Chicago's, Motion to Stay.** A copy of which is hereby served upon you.

Dated: June 8, 2008                                      Respectfully submitted,


                                                                                s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns                                           One of the Attorneys for Defendant, CITY OF CHICAGO
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## CERTIFICATE OF SERVICE

I, Gregory Lacey, an attorney, hereby certify that on June 8, 2008, I caused the foregoing **Defendant, City of Chicago's, Motion to Stay** to be served by CM/ECF Noticing on the parties listed below:

| | |
|---|---|
| Ekl Williams PLLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, Illinois  60532<br>630.654.0045<br>630.654.0150 (facsimile) | Law Offices of Gayle Schor P.C.<br>111 West Washington Street<br>Suite 920<br>Chicago, Illinois  60602<br>312.634.5000<br>312.634.5001 (facsimile) |

                                                s/Gregory L. Lacey  (ARDC No. 6239392)
                                                Gregory L. Lacey

CHICAGO\2456998.1
ID\GLL