50677-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660, and CITY OF CHICAGO, an Illinois Municipal Corporation, <br><br> Defendants | No. 08 C 01014 <br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Brown |

## NOTICE OF FILING

To:   All Counsel of Record
      (See attached Service List)

   PLEASE TAKE NOTICE THAT on June 12, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendant John Haleas' Answer to Plaintiff's Complaint.**

   Defendant, Officer John Haleas

   By:   s/Daniel F. Gallagher
         Daniel F. Gallagher
         Querrey & Harrow, Ltd.
         175 West Jackson Blvd., Suite 1600
         Chicago, IL  60604-2827
         (312) 540-7000
         I.D. #0905305

## PROOF OF SERVICE

   I, Daniel F. Gallagher, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 12, 2008.

[x]   Under penalties as provided by law pursuant
      to ILL. REV. STAT CHAP. 110, SEC. 1-109,
      I certify that the statements set forth herein
      are true and correct.

                              s/Daniel F. Gallagher

50677-DFG
*Julio Martinez, Jr. v. Haleas, et al.*
Cause No: 08 C 01014

## SERVICE LIST

Terry A. Ekl
Patrick Laurence Provenzale
Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road
Lisle, IL  60532
Tel:  (630) 654-0045
Fax: (630) 654-0150
*Attorneys for Plaintiff*

Terrence Michael Burns
Daniel Matthew Noland
Gregory Lawrence Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL  60606
Tel:  (312) 876-1700
*Attorneys for Defendant City of Chicago*