1997.000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., | |
| Plaintiffs, | |
| v. | No.: 08 C 1014 |
| OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660 and CITY OF CHICAGO, an Illinois Municipal Corporation, | Judge Amy J. St. Eve<br>Courtroom: 1241 |
| Defendants. | |

## JOINT INITIAL STATUS REPORT

NOW COMES the Plaintiff, Julio Martinez, Jr., by and through his attorneys, EklWilliams PLLC and the Law Offices of Gayle Schor, P.C., and the Defendants, City of Chicago, an Illinois Municipal Corporation and Officer John Haleas, #6719, by and through their attorneys, Dykema Gossett PLLC and Querrey & Harrow, Ltd., respectively, and pursuant to the Court's minute order of June 9, 2008, provide the following as a Joint Initial Status Report of the Parties:

I.   NATURE OF THE CASE

   A.   PARTIES AND REPRESENTATION:

The Plaintiff is represented by:

| | |
|---|---|
| Terry A. Ekl<br>Patrick L. Provenzale<br>EklWilliams PLLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>(630) 654-0150 Facsimile<br>tekl@eklwilliams.com<br>pprovenzale@eklwilliams.com | Gayle M. Schor<br>Law Offices of Gayle Schor P.C.<br>111 West Washington Street, Suite 920<br>Chicago, IL 60602<br>(312) 634-5000<br>(312) 634-5001 Facsimile<br>gschor@sbcglobal.net |

The Defendants are represented, respectively, by:

| | |
|---|---|
| Terrence Michael Burns<br>Gregory Lawrence Lacy<br>Daniel Matthew Noland<br>Paul A. Michalik<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>(312) 876-1700<br>tburns@dykema.com<br>glacey@dykema.com<br>dnoland@dykema.com<br>pmichalik@dykema.com<br>Attorneys for Defendant, City of Chicago | Daniel Francis Gallagher<br>Terrence Franklin Guolee<br>Lawrence S. Kowalczyk<br>Dominick L. Lanzito<br>Mary Elizabeth McClellan<br>Paul A. O'Grady<br>Querrey & Harrow, Ltd.<br>175 West Jackson Blvd., Suite 1600<br>Chicago, IL 60604-2827<br>(312) 540-7000<br>dgallagher@querrey.com<br>tguolee@querrey.com<br>lkowalczyk@querrey.com<br>dlanzito@querrey.com<br>mmcclellan@querrey.com<br>pogrady@querrey.com<br>Attorneys for Defendant, Officer John Haleas |

Plaintiff is in the process of obtaining service of the Summons and Complaint upon Defendant-Officers, L. Romano #9875 and Saul Basurto #11660.

    B.    FEDERAL JURISDICTIONAL BASES:

This action is brought seeking damages as redress for Defendants' alleged

violations of the Plaintiff's rights enumerated under the Fourth, Fifth and Fourteenth Amendments to Constitution of the United States of America, and state law malicious prosecution, which violations and tort the Plaintiff contends resulted from the Defendants' unlawful and unauthorized detention, arrest and charging of the Plaintiff, the unlawful use of excessive force against the Plaintiff causing severe bodily and personal injuries, the unlawful failure to intervene regarding the aforementioned and the intentional withholding and/or destruction of exculpatory evidence resulting in a deprivation of the Plaintiff's right to a fair trial, all of which have caused the Plaintiff's significant and severe damages, including personal and pecuniary injuries.

  C. NATURE OF THE CLAIMS / COUNTERCLAIMS:

This is an action seeking damages pursuant to 42 U.S.C. §1983 and Illinois law for alleged constitutional and personal injuries suffered by the Plaintiff resulting from the Defendants' alleged violations of the Plaintiff's constitutional rights and state law torts. The Plaintiff alleges generally that he was falsely arrested on March 18, 2006, brutalized while in custody, and after such wrongful arrest and beating was falsely charged with and prosecuted for various violations of the Illinois Criminal Code, based upon the individual Defendants' fabrications of evidence and observations and concealment and/or destruction of exculpatory evidence.

  D. MAJOR LEGAL AND FACTUAL ISSUES:

LEGAL ISSUES

The legal issues involved in this action are straightforward. The issues are

whether the Defendants, individually and/or collectively, violated the Plaintiff's rights guaranteed under the Fourth, Fifth and Fourteenth Amendments to the United States Constitution, and committed state law tort of malicious prosecution, which violations and conduct proximately caused the Plaintiff's alleged injuries.

FACTUAL ISSUES

The factual issues involve whether probable cause existed to arrest and/or charge the Plaintiff for Driving Under the Influence and Criminal Damage to State Supported Property, whether the Defendants fabricated evidence and/or observations and falsified reports and/or testimony, whether the Defendants used excessive and/or unjustified force against the Plaintiff and/or failed to intervene while such force was being used against the Plaintiff, and the nature and extent of the Plaintiff's injuries.

Plaintiff is seeking monetary damages.

II.     PENDING MOTIONS AND CASE PLAN

    A.     ALL PENDING MOTIONS:

The Defendant, City of Chicago, currently has a Motion to Stay Discovery pending before this Court, and the Court has already granted the Motion to Stay Discovery filed by Haleas..

    B.     Proposed Discovery Plan:

        i.     the Parties anticipate that oral and written discovery will be needed, likely in excess of 10 deposition, and requests for

                    admission and/or genuineness of documents;

      ii.     the Parties seek guidance from the Court regarding whether the current stay of discovery as to the Defendant, Haleas, and the Defendant's, City of Chicago, pending motion for Stay, relieves either or both from the duty to make initial disclosures pursuant to F.R.C.P. 26(a)(1); if the Court directs all parties to comply with Rule 26(a)(1), the parties agree to exchange Rule 26(a)(1) initial disclosures by August 1, 2008;

      iii.    a date for completion of all fact discovery must be determined at a later date due to a current stay and pending request for stay;

      iv.    a date for completion of all expert discovery must be determined at a later date due to a current stay and pending request for stay;

      v.     a date for the filing of all dispositive motions must be determined at a later date due to a current stay and pending request for stay of discovery;

      vi.    a date for the filing of the final pre-trial order must be determined at a later date due to a current stay and pending request for stay of discovery.

C.    Trial

      i.     the Plaintiff has demanded a jury trial;

      ii.     the trial will likely last less than two weeks;

      iii.    a date for trial readiness cannot be determined at this time due to a current stay and pending request for stay of discovery.

III. CONSENT TO PROCEED BEFORE THE MAGISTRATE

The Plaintiff, Julio Martinez, consents to proceed before the magistrate judge. The Defendant, City of Chicago, an Illinois Municipal Corporation does not consent to proceed before the magistrate judge. Officer John Haleas, #6719, does not consent to proceed before the magistrate judge.

IV. Status of Settlement Negotiations

There have been no settlement discussions at this time. The Plaintiff is open to discuss settlement at the earliest appropriate time after appearance and answer of all parties. The attorneys for the Defendant, Officer John Haleas #6719, do not currently have any authority to settle. The Defendant, City of Chicago, an Illinois Municipal Corporation, has not indicated any position one way or the other as to settlement. The parties do not therefore request a settlement conference at this time.

Respectfully Submitted:

| | |
|---|---|
| s/Patrick L. Provenzale | s/Gayle M. Schor |
| Terry A. Ekl | Gayle M. Schor |
| Patrick L. Provenzale | Law Offices of Gayle Schor P.C. |
| EklWilliams PLLC | 111 West Washington Street, Suite 920 |
| Two Arboretum Lakes | Chicago, IL 60602 |
| 901 Warrenville Road, Suite 175 | (312) 634-5000 |
| Lisle, IL 60532 | (312) 634-5001 Facsimile |
| (630) 654-0045 | gschor@sbcglobal.net |
| (630) 654-0150 Facsimile | |
| pprovenzale@eklwilliams.com | |

The Defendants are represented, respectively, by:

| s/Terrence Michael Burns | s/Daniel Francis Gallagher |
|---|---|
| Terrence Michael Burns | Daniel Francis Gallagher |
| Gregory Lawrence Lacy | Terrence Franklin Guolee |
| Daniel Matthew Noland | Lawrence S. Kowalczyk |
| Paul A. Michalik | Dominick L. Lanzito |
| Dykema Gossett PLLC | Mary Elizabeth McClellan |
| 10 South Wacker Drive, Suite 2300 | Paul A. O'Grady |
| Chicago, IL 60606 | Querrey & Harrow, Ltd. |
| (312) 876-1700 | 175 West Jackson Blvd., Suite 1600 |
| tburns@dykema.com | Chicago, IL 60604-2827 |
| glacey@dykema.com | (312) 540-7000 |
| dnoland@dykema.com | dgallagher@querrey.com |
| pmichalik@dykema.com | tguolee@querrey.com |
| Attorneys for Defendant, City of Chicago | lkowalczyk@querrey.com |
| | dlanzito@querrey.com |
| | mmcclellan@querrey.com |
| | pogrady@querrey.com |
| | Attorneys for Defendant, Officer John Haleas |