1997.000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| **JULIO MARTINEZ, JR.,** | |
| Plaintiff, | |
| v. | No.: **08 C 1014** |
| **OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660** and **CITY OF CHICAGO,** an Illinois Municipal Corporation, | Judge Amy J. St. Eve<br>Courtroom:  1241 |
| Defendants. | |

## NOTICE OF FILING

TO:    See attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, June 19, 2008**, we filed the **Joint Initial Status Report**, with the Clerk of the United States District Court, Northern District - Eastern Division, through the CM/ECF system which will send notification of such filing to Counsel of Record and I hereby certify that I have mailed by United States Postal Service said pleadings to the attorneys of record as set forth in the attached Service List.

Respectfully submitted by:

By: **s/ Patrick L. Provenzale**
Patrick L. Provenzale, Atty No: 6225879
**Ekl**Williams PLLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
pprovenzale@eklwilliams.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Patrick L. Provenzale, hereby certifies that on Thursday, June 19, 2008, he caused the **Joint Initial Status Report** in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

s/ Patrick L. Provenzale

# SERVICE LIST

RE: Martinez v. City of Chicago, et al.
Court Number: 08 CV 01014
Our File Number: 1997.000

**Attorneys for Plaintiff, Julio Martinez:**

| | |
|---|---|
| Terry A. Ekl, Atty No: 00727105<br>Patrick L. Provenzale, Atty No: 6225879<br>**Ekl**Williams PLLC<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>(630) 654-0150 *Facsimile*<br>tekl@eklwilliams.com<br>pprovenzale@eklwilliams.com | Gayle M. Schor<br>Law Offices of Gayle Schor P.C.<br>111 West Washington Street, Suite 920<br>Chicago, IL 60602<br>(312) 634-5000<br>(312) 634-5001 *Facsimile*<br>gschor@sbcglobal.net |

**Attorneys for Defendants:**

| | |
|---|---|
| Terrence Michael Burns<br>Gregory Lawrence Lacy<br>Daniel Matthew Noland<br>Paul A. Michalik<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>(312) 876-1700<br>tburns@dykema.com<br>glacey@dykema.com<br>dnoland@dykema.com<br>pmichalik@dykema.com<br>*Attorneys for Defendant, City of Chicago* | Daniel Francis Gallagher<br>Terrence Franklin Guolee<br>Lawrence S. Kowalczyk<br>Dominick L. Lanzito<br>Mary Elizabeth McClellan<br>Paul A. O'Grady<br>Querrey & Harrow, Ltd.<br>175 West Jackson Blvd., Suite 1600<br>Chicago, IL 60604-2827<br>(312) 540-7000<br>dgallagher@querrey.com<br>tguolee@querrey.com<br>lkowalczyk@querrey.com<br>dlanzito@querrey.com<br>mmcclellan@querrey.com<br>pogrady@querrey.com<br>*Attorneys for Defendant, Officer John Haleas* |