JULIO MARTINEZ, JR. v. OFFICER JOHN HALEAS #6719
FEDERAL COURT NUMBER: 08 C 1014

**Exhibit A**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

The March 2008 Grand Jury of the

Circuit Court of Cook County.

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

### JOHN HALEAS

committed the offense of **OFFICIAL MISCONDUCT**

in that HE, BEING A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A CITY OF CHICAGO POLICE OFFICER, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW HE WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: VIOLATED ARTICLE V, RULE 14 OF THE CITY OF CHICAGO DEPARTMENT OF POLICE RULES & REGULATIONS WHICH PROHIBITS:

"MAKING A FALSE REPORT, WRITTEN OR ORAL."

IN THAT HE MADE A FALSE REPORT TO WIT: "DRIVER FAILED SOBRIETY TESTS" UNDER CHICAGO POLICE REPORT NUMBER CB#16143564 IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 33-3(b), OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1430100

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

## JOHN HALEAS

committed the offense of **OFFICIAL MISCONDUCT**

in that HE, BEING A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A CITY OF CHICAGO POLICE OFFICER, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW HE WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: VIOLATED ARTICLE V, RULE 14 OF THE CITY OF CHICAGO DEPARTMENT OF POLICE RULES & REGULATIONS WHICH PROHIBITS:

"MAKING A FALSE REPORT, WRITTEN OR ORAL."

IN THAT HE MADE A FALSE REPORT TO WIT: LAW ENFORCEMENT SWORN REPORT UNDER DUI TRAFFIC CITATION NUMBER TG-398594, TG398595 IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 33-3(b), OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1430100

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

## JOHN HALEAS

committed the offense of **OFFICIAL MISCONDUCT**

in that   HE, BEING A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A CITY OF CHICAGO POLICE OFFICER, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW HE WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: VIOLATED ARTICLE V, RULE 14 OF THE CITY OF CHICAGO DEPARTMENT OF POLICE RULES & REGULATIONS WHICH PROHIBITS:

"MAKING A FALSE REPORT, WRITTEN OR ORAL."

IN THAT HE MADE A FALSE REPORT ALLEGING THAT THE ONE LEG STAND TEST, WALK AND TURN TEST, AND FINGER TO NOSE TEST WERE ADMINISTERED TO EDWARD BECK UNDER ALCOHOL/DRUG INFLUENCE REPORT NUMBER TG-398594 IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 33-3(b), OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1430100

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

### JOHN HALEAS

committed the offense of **OFFICIAL MISCONDUCT**

in that   HE, BEING A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A CITY OF CHICAGO POLICE OFFICER, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW HE WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: VIOLATED ARTICLE V, RULE 14 OF THE CITY OF CHICAGO DEPARTMENT OF POLICE RULES & REGULATIONS WHICH PROHIBITS:

"MAKING A FALSE REPORT, WRITTEN OR ORAL."

IN THAT HE MADE A FALSE REPORT ALLEGING THAT HE ADMINSTERED THE WARNING TO MOTORIST UNDER TRAFFIC CITATION NUMBER TG-398594, TG-398595 IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 33-3(b), OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1430100

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

### JOHN HALEAS

committed the offense of **OBSTRUCTING JUSTICE**

in that HE, WITH THE INTENT TO OBSTRUCT THE DEFENSE OF ANY PERSON, KNOWINGLY FURNISHED FALSE INFORMATION, TO WIT: HE FURNISHED AN ALCOHOL/DRUG INFLUENCE REPORT FOR TICKET NUMBER TG398594 STATING THAT HE ADMINISTERED FIELD SOBRIETY TESTS TO WIT: WALK AND TURN TEST, ONE LEG STAND TEST AND FINGER TO NOSE TEST, TO EDWARD BECK KNOWING THAT HE DID NOT ADMINISTER ANY FIELD SOBRIETY TESTS, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 31-4 OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1340000

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

### JOHN HALEAS

committed the offense of **OBSTRUCTING JUSTICE**

in that HE, WITH THE INTENT TO OBSTRUCT THE DEFENSE OF ANY PERSON, KNOWINGLY FURNISHED FALSE INFORMATION, TO WIT: HE FURNISHED AN ALCOHOL/DRUG INFLUENCE REPORT FOR TICKET NUMBER TG398594 STATING THAT HE CONDUCTED A 20 MINUTE OBSERVATION KNOWING THAT HE DID NOT, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 31-4 OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1340000

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

## JOHN HALEAS

committed the offense of **PERJURY**

in that HE, UNDER OATH OR AFFIRMATION WHEREIN BY LAW, SUCH OATH OR AFFIRMATION IS REQUIRED, MADE A FALSE STATEMENT, MATERIAL TO THE ISSUE OR POINT IN QUESTION, TO WIT: JOHN HALEAS DECLARED WHILE UNDER OATH OR AFFIRMATION THAT THE ONE LEG STAND TEST, WALK AND TURN TEST, AND FINGER TO NOSE TEST WERE ADMINISTERED TO EDWARD BECK UNDER ALCOHOL/DRUG INFLUENCE REPORT NUMBER TG-398594

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 32-2(A) OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1370000

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

## JOHN HALEAS

committed the offense of **PERJURY**

in that HE, UNDER OATH OR AFFIRMATION WHEREIN BY LAW, SUCH OATH OR AFFIRMATION IS REQUIRED, MADE A FALSE STATEMENT, MATERIAL TO THE ISSUE OR POINT IN QUESTION, TO WIT: JOHN HALEAS DECLARED WHILE UNDER OATH OR AFFIRMATION THAT HE CONDUCTED A 20 MINUTE OBSERVATION OF EDWARD BECK UNDER ALCOHOL/DRUG INFLUENCE REPORT NUMBER TG-398594

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 32-2(A) OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1370000

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

## JOHN HALEAS

committed the offense of **PERJURY**

in that HE, UNDER OATH OR AFFIRMATION WHEREIN BY LAW, SUCH OATH OR AFFIRMATION IS REQUIRED, MADE A FALSE STATEMENT, MATERIAL TO THE ISSUE OR POINT IN QUESTION, TO WIT: JOHN HALEAS DECLARED WHILE UNDER OATH OR AFFIRMATION ON CHICAGO POLICE REPORT NUMBER CB#16143564 THAT EDWARD BECK FAILED SOBRIETY TESTS

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 32-2(A) OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1370000

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about **April 9, 2005**, at and within the County of Cook, Illinois.

### JOHN HALEAS

committed the offense of **PERJURY**

in that HE, UNDER OATH OR AFFIRMATION WHEREIN BY LAW, SUCH OATH OR AFFIRMATION IS REQUIRED, MADE A FALSE STATEMENT, MATERIAL TO THE ISSUE OR POINT IN QUESTION, TO WIT: WHILE UNDER OATH OR AFFIRMATION JOHN HALEAS DECLARED THAT HE ISSUED WARNING TO MOTORIST TO EDWARD BECK

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 32-2(A) OF THE ILLINOIS COMPILED STATUTES 1994 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Criminal Code: 1370000

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**