1997.000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., | |
| Plaintiffs, | |
| v. | No.: 08 C 1014 |
| OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660 and CITY OF CHICAGO, an Illinois Municipal Corporation, | Judge Amy J. St. Eve<br>Courtroom: 1241 |
| Defendants. | |

## NOTICE OF MOTION

TO:   See attached Service List

YOU ARE HEREBY NOTIFIED that on ___25th___ at June, 2008, or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge St. Eve, or any judge sitting in her stead, in Courtroom 1241 usually occupied by her in the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present our Motion to Reconsider, a copy of which has been electronically filed with the Clerk, at which time and place you may appear if you see fit to do so.

Respectfully submitted by:

By: s/ Patrick L. Provenzale

Patrick L. Provenzale, Atty No: 6225879
EklWilliams PLLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 Facsimile
pprovenzale@eklwilliams.com

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 Facsimile
gschor@sbcglobal.net
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

Patrick L. Provenzale, hereby certifies that on June 23, 2008, he caused our Motion to Reconsider in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

By: s/ Patrick L. Provenzale
Attorneys for Plaintiffs

# SERVICE LIST

RE: Martinez v. City of Chicago, et al.
Court Number: 08 CV 01014
Our File Number: 1997.000

Attorneys for Plaintiff, Julio Martinez:

| | |
|---|---|
| Terry A. Ekl, Atty No: 00727105<br>Patrick L. Provenzale, Atty No: 6225879<br>EklWilliams PLLC<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>(630) 654-0150 Facsimile<br>tekl@eklwilliams.com<br>pprovenzale@eklwilliams.com | Gayle M. Schor<br>Law Offices of Gayle Schor P.C.<br>111 West Washington Street, Suite 920<br>Chicago, IL 60602<br>(312) 634-5000<br>(312) 634-5001 Facsimile<br>gschor@sbcglobal.net |

Attorneys for Defendants:

| | |
|---|---|
| Terrence Michael Burns<br>Gregory Lawrence Lacy<br>Daniel Matthew Noland<br>Paul A. Michalik<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>(312) 876-1700<br>tburns@dykema.com<br>glacey@dykema.com<br>dnoland@dykema.com<br>pmichalik@dykema.com<br>Attorneys for Defendant, City of Chicago | Daniel Francis Gallagher<br>Terrence Franklin Guolee<br>Lawrence S. Kowalczyk<br>Dominick L. Lanzito<br>Mary Elizabeth McClellan<br>Paul A. O'Grady<br>Querrey & Harrow, Ltd.<br>175 West Jackson Blvd., Suite 1600<br>Chicago, IL 60604-2827<br>(312) 540-7000<br>dgallagher@querrey.com<br>tguolee@querrey.com<br>lkowalczyk@querrey.com<br>dlanzito@querrey.com<br>mmcclellan@querrey.com<br>pogrady@querrey.com<br>Attorneys for Defendant, Officer John Haleas |