**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Julio Martinez Jr.
                Plaintiff,

v.                                       Case No.: 1:08–cv–01014
                                                           Honorable Amy J. St. Eve

John Haleas, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/24/2008 and continued to 8/19/08 at 8:30 a.m. Rule 26(a)(1) disclosures for all parties by 8/1/08. Written discovery to be issued by 8/15/08. Plaintiff's motion to reconsider [42] is denied. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.