AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS

### SUMMONS IN A CIVIL CASE

JULIO MARTINEZ, JR.,

CASE NUMBER:   08 C 1014

V.

ASSIGNED JUDGE:   Amy St. Eve

OFFICER JOHN HALEAS #6719, et al.

DESIGNATED
MAGISTRATE JUDGE:   Soat-Brown

TO: (Name and address of Defendant)

Officer L. Romano #9875
Chicago Police Department Headquarters
3510 South Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

**June 24, 2008**

(By) DEPUTY CLERK

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *6-30-08* |
| NAME OF SERVER *(PRINT)*  *James M. Delarto* | TITLE  *Private Investigator* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): *Served on the CPD Legal Dept.*
*3510 S. Michigan, Ave, Chicago. Attn:*
*Mrs. Martin.*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *7-1-08*  _____  *James M. Delarto* _____
              Date                    *Signature of Server*

*9 S. VanBurenSt., Batavia, IL* _____
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.