# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number: **08 C 1014**

**JULIO MARTINEZ, JR.**

v.

**OFFICER JOHN HALEAS, CITY OF CHICAGO, ET AL**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**OFFICER L. ROMANO and OFFICER SAUL BASURTO**

| | |
|---|---|
| NAME (Type or print)<br>**Terrence M. Burns** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    **s/ Terrence M. Burns (ARDC #3122331)** | |
| FIRM<br>**Dykema Gossett PLLC** | |
| STREET ADDRESS<br>**10 S. Wacker Drive, Suite 2300** | |
| CITY/STATE/ZIP<br>**Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC No. 3122331 | TELEPHONE NUMBER<br>(312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on **July 18, 2008**, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Terry A. Ekl**
**Patrick Laurence Provenzale**
Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road #175
Lisle, IL 60532
630.654.0045
630.654.0150 Fax
pprovenzale@eklwilliams.com

**Daniel Francis Gallagher**
**Dominick L Lanzito**
**Lawrence S. Kowalczyk**
**Mary Elizabeth McClellan**
**Paul A OGrady**
**Terrence Franklin Guolee**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: dgallagher@querrey.com

    s/Terrence M. Burns  (ARDC No. 3122331)
    Terrence M. Burns