## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: **08 C 1014**
**JULIO MARTINEZ, JR.**

v.

**OFFICER JOHN HALEAS, CITY OF CHICAGO, ET AL**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER L. ROMANO and OFFICER SAUL BASURTO**

| | |
|---|---|
| NAME (Type or print)<br>**Gregory L. Lacey** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    **s/ Gregory L. Lacey (ARDC #6239392)** | |
| FIRM<br>**Dykema Gossett PLLC** | |
| STREET ADDRESS<br>**10 S. Wacker Drive, Suite 2300** | |
| CITY/STATE/ZIP<br>**Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC No. 6239392 | TELEPHONE NUMBER<br>(312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |