### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 C 1014 |
| ) | |
| OFFICER JOHN HALEAS #6719, OFFICER ) | Judge St. Eve |
| L. ROMANO #9875 and OFFICER SAUL ) | |
| BASURTO #11660, and CITY OF ) | Magistrate Judge Brown |
| CHICAGO, an Illinois Municipal ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTAIN DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, City of Chicago ("City"), Linda Romano, and Saul Basurto, by their attorney, Terrence M. Burns of Dykema Gossett PLLC, for their motion for an extension of time to answer or otherwise plead to and including August 18, 2008, state as follows:

1. Dykema Gossett PLLC has just been retained and appeared as counsel for defendant police officers Linda Romano and Saul Basurto. (*See* Dkt. ## 51, 52, 53, 54).

2. The responsive pleadings of defendants Romano and Basurto appear to be due July 21, 2008. These defendants request a 28-day extension of time to file their responsive pleadings. The requested extension is not presented for purposes of delay, but to allow defense counsel time to meet with their clients and familiarize themselves with the facts of this matter.

3. Many of plaintiff's claims against the City seek to hold it vicariously liable for the defendant officers' alleged conduct. To facilitate preparation of an accurate and complete responsive pleading, the City similarly requests an extension to August 18, 2008.

4. No prejudice will be suffered by any party as a result of the requested extension.

2

WHEREFORE, defendants, City of Chicago, Linda Romano, and Saul Basurto, request an extension of time to answer or otherwise plead, to and including August 18, 2008, and for any other relief this Court deems appropriate.

Dated: July 21, 2008							Respectfully submitted,

											s/ Paul A. Michalik
Terrence M. Burns							One of the Attorneys for Defendants,
Paul A. Michalik							CITY OF CHICAGO, OFFICER ROMANO
Daniel M. Noland							and OFFICER BASURTO
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700 (telephone)
312.876.1155 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing **Certain Defendants' Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
630.654.0045
630.654.0150 (facsimile)

Law Offices of Gayle Schor P.C.
111 West Washington Street
Suite 920
Chicago, Illinois 60602
312.634.5000
312.634.5001 (facsimile)

Daniel F. Gallagher
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois 60604
312.540.7000 (telephone)
312.540.0578 (facsimile)

s/ Paul A. Michalik
Paul A. Michalik

CHICAGO\2474247.1
ID\PAM