IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 C 1014 |
| ) | |
| OFFICER JOHN HALEAS #6719, OFFICER ) | Judge St. Eve |
| L. ROMANO #9875 and OFFICER SAUL ) | |
| BASURTO #11660, and CITY OF ) | Magistrate Judge Brown |
| CHICAGO, an Illinois Municipal ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  Counsel of Record

PLEASE TAKE NOTICE that on **Monday**, **July 28, 2008** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Amy St. Eve**, in Room 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendants' Motion for Extension of Time**.

Dated: July 21, 2008                                Respectfully submitted,


                                                    s/ Paul A. Michalik
Terrence M. Burns                                   One of the Attorneys for Defendants,
Paul A. Michalik                                    CITY OF CHICAGO, OFFICER ROMANO
Daniel M. Noland                                    and OFFICER BASURTO
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700 (telephone)
312.876.1155 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing **Defendants' Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois  60532
630.654.0045
630.654.0150 (facsimile)

Daniel F. Gallagher
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604
312.540.7000 (telephone)
312.540.0578 (facsimile)

Law Offices of Gayle Schor P.C.
111 West Washington Street
Suite 920
Chicago, Illinois  60602
312.634.5000
312.634.5001 (facsimile)

s/ Paul A. Michalik
Paul A. Michalik