## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Julio Martinez Jr.
                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01014
　　　　　　　　　　　　　　　　　　　　Honorable Amy J. St. Eve

John Haleas, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Certain defendants' motion for extension of time [55] is granted. Defendants City of Chicago, Linda Romano and Saul Basurto are given until 8/18/08 in which to answer or otherwise plead. No appearance is required on the 7/28/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.