1997.000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660 and CITY OF CHICAGO, an Illinois Municipal Corporation, <br><br> Defendants. | No.: 08 C 1014 <br><br> Judge Amy J. St. Eve <br> Courtroom: 1241 |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW COMES the Plaintiff, Julio Martinez, by and through their attorneys, **Ekl**Williams PLLC and Law Offices of Gayle Schor, P.C., and respectfully pray that this Honorable Court grant them Leave to File a First Amended Complaint adding additional federal and state law claims, in support whereof, the Plaintiffs state as follows:

1. On February 19, 2008, the Plaintiff filed multi-count Complaint against the Defendants in this case. Subsequent thereto, the Defendant, Haleas, filed, and the Court granted, a motion to stay discovery based upon his Fifth Amendment privilege against self-incrimination.

2. Thereafter, the Defendant, Haleas, filed an Answer to the Complaint wherein he refused to answer the allegations based upon said privilege.

3.      Furthermore, on July 21, 2008, the Defendants, City of Chicago, Linda Romano and Saul Basurto, sought leave for an extension of time to August 18, 2008, to file an answer to the complaint, which this Court granted.  To date, they have not yet answered the initial Complaint.

4.      Pursuant to Federal Rule of Civil Procedure 15, the Plaintiff may file an Amended Complaint as of right prior to a responsive pleading filed by a Defendant.  Currently, though the Defendant, Haleas, has technically filed an answer, the answer is not substantive.  Therefore, Plaintiff maintains that he may file an Amended Complaint at this time as of right.

5.      Regardless, even if the Plaintiff does not have the automatic right to file an Amended Complaint, the Court has discretion to allow such where the amended pleading will not cause undue delay or prejudice to any party.

6.      The filing of the Amended Complaint will not cause undue delay or prejudice any party at this stage of the proceedings.

WHEREFORE, the Plaintiff, Julio Martinez, Jr., respectfully prays this Honorable Court to grant them leave to file a First Amended Complaint attached hereto as Exhibit A.

Respectfully submitted by:
By: **s/ Patrick L. Provenzale**

Terry A. Ekl, #00727105
Patrick L. Provenzale, # 6225879
EklWilliams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
Attorneys for Plaintiff

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 *Facsimile*
*Attorneys for Plaintiff*