1997.000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., | |
| Plaintiffs, | |
| v. | No.: 08 C 1014 |
| OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660 and CITY OF CHICAGO, an Illinois Municipal Corporation, | Judge Amy J. St. Eve<br>Courtroom: 1241 |
| Defendants. | |

## NOTICE OF MOTION

TO: City of Chicago, 121 North LaSalle Street, Chicago, IL 60602

YOU ARE HEREBY NOTIFIED that on Thursday, August 7, 2008, at 8:30 a.m., or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Amy St. Eve, or any judge sitting in her stead, in Courtroom 1241 usually occupied by her in the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present our Motion for Leave to File First Amended Complaint, a copy of which has been electronically filed with the Clerk, at which time and place you may appear if you see fit to do so.

Respectfully submitted by:
By: s/ Patrick L. Provenzale
Terry A. Ekl, Atty #: 00727105
Patrick L. Provenzale, Atty#: 6225879
EklWilliams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 Facsimile
tekl@eklwilliams.com

pprovenzale@eklwilliams.com

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 Facsimile
gschor@sbcglobal.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Patrick L. Provenzale, hereby certifies that on Friday, August 1, 2008, he caused our Motion for Leave to File First Amended Complaint in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

By: s/ Patrick L. Provenzale
Attorneys for Plaintiff

# SERVICE LIST

RE: Martinez v. City of Chicago, et al.
Court Number: 08 CV 01014
Our File Number: 1997.000

**Attorneys for Plaintiff, Julio Martinez:**

Terry A. Ekl, Atty No: 00727105
Patrick L. Provenzale, Atty No: 6225879
**Ekl**Williams PLLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
pprovenzale@eklwilliams.com

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 *Facsimile*
gschor@sbcglobal.net

**Attorneys for Defendants:**

Terrence Michael Burns
Gregory Lawrence Lacy
Daniel Matthew Noland
Paul A. Michalik
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
tburns@dykema.com
glacey@dykema.com
dnoland@dykema.com
pmichalik@dykema.com
*Attorneys for Defendant, City of Chicago*

Daniel Francis Gallagher
Terrence Franklin Guolee
Lawrence S. Kowalczyk
Dominick L. Lanzito
Mary Elizabeth McClellan
Paul A. O'Grady
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
dgallagher@querrey.com
tguolee@querrey.com
lkowalczyk@querrey.com
dlanzito@querrey.com
mmcclellan@querrey.com
pogrady@querrey.com
*Attorneys for Defendant, Officer John Haleas*