**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Julio Martinez Jr.
                      Plaintiff,

v.                                     Case No.: 1:08−cv−01014
                                            Honorable Amy J. St. Eve

John Haleas, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 8/7/2008. Plaintiff's counsel failed to appear. Plaintiff's motion for leave to file first amended complaint [58] is granted. Plaintiff's counsel to electronically file the first amended complaint as a separate document upon receipt of this order. Defendants to answer or otherwise plead by 9/4/08. Status hearing set for 8/19/08 is stricken and reset to 9/9/08 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.