1997.000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

**JULIO MARTINEZ, JR.,**

        Plaintiff,

        v.

**OFFICER JOHN HALEAS #6719,**
**OFFICER L. ROMANO #9875 and**
**OFFICER SAUL BASURTO #11660** and
**CITY OF CHICAGO,** an Illinois Municipal
Corporation,

        Defendants.

No.:   **08 C 1014**

Judge Amy J. St. Eve
Courtroom:  1241

## NOTICE OF FILING

TO:    See attached Service List

    **PLEASE TAKE NOTICE** that on **Friday, August 8, 2008**, we filed the **Plaintiff's First Amended Complaint**, with the Clerk of the United States District Court, Northern District - Eastern Division, through the CM/ECF system which will send notification of such filing to Counsel of Record and I hereby certify that I have mailed by United States Postal Service said pleadings to the attorneys of record as set forth in the attached Service List.

Respectfully submitted by:

By: **s/ Patrick L. Provenzale**
Patrick L. Provenzale, Atty No: 6225879
**Ekl**Williams PLLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
pprovenzale@eklwilliams.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Patrick L. Provenzale, hereby certifies that on Friday, August 8, 2008, he caused the **Plaintiffs' First Amended Complaint** in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

s/ Patrick L. Provenzale

# SERVICE LIST

RE: Martinez v. City of Chicago, et al.
Court Number: 08 CV 01014
Our File Number: 1997.000

**Attorneys for Plaintiff, Julio Martinez:**

Terry A. Ekl, Atty No: 00727105
Patrick L. Provenzale, Atty No: 6225879
**Ekl**Williams PLLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
pprovenzale@eklwilliams.com

Gayle M. Schor
Law Offices of Gayle Schor P.C.
111 West Washington Street, Suite 920
Chicago, IL 60602
(312) 634-5000
(312) 634-5001 *Facsimile*
gschor@sbcglobal.net

**Attorneys for Defendants:**

Terrence Michael Burns
Gregory Lawrence Lacy
Daniel Matthew Noland
Paul A. Michalik
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
tburns@dykema.com
glacey@dykema.com
dnoland@dykema.com
pmichalik@dykema.com
*Attorneys for Defendant, City of Chicago*

Daniel Francis Gallagher
Terrence Franklin Guolee
Lawrence S. Kowalczyk
Dominick L. Lanzito
Mary Elizabeth McClellan
Paul A. O'Grady
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
dgallagher@querrey.com
tguolee@querrey.com
lkowalczyk@querrey.com
dlanzito@querrey.com
mmcclellan@querrey.com
pogrady@querrey.com
*Attorneys for Defendant, Officer John Haleas*