50677-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR., | |
| Plaintiff, | No. 08 C 01014 |
| v. | Judge Amy J. St. Eve |
| OFFICER JOHN HALEAS #6719, OFFICER L. ROMANO #9875 and OFFICER SAUL BASURTO #11660, and CITY OF CHICAGO, an Illinois Municipal Corporation, | Magistrate Judge Brown |
| Defendants | |

## NOTICE OF MOTION

To: All Counsel of Record
(See attached Service List)

On **September 10, 2008 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge St. Eve** or any Judge sitting in her stead, in **Room 1241** or the courtroom usually occupied by her in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendants' Joint Combined Motion to Dismiss Certain Counts and Memorandum of Law.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | Officer John Haleas |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on September 4, 2008.

s/Daniel F. Gallagher

[X]   Under penalties as provided by law pursuant
to Ill. Rev. Stat., ch. 110, Sect. 1-109, I
certify that the statements set forth herein
are true and correct.

50677-DFG
*Julio Martinez, Jr. v. Haleas, et al.*
Cause No: 08 C 01014

## SERVICE LIST

Terry A. Ekl
Patrick Laurence Provenzale
Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road
Lisle, IL 60532
Tel: (630) 654-0045
Fax: (630) 654-0150
*Attorneys for Plaintiff*

Terrence Michael Burns
Daniel Matthew Noland
Gregory Lawrence Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
Tel: (312) 876-1700
*Attorneys for Defendant City of Chicago*