IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIO MARTINEZ, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OFFICER JOHN HALEAS #6719,<br>OFFICER LINDA ROMANO #9875 and<br>OFFICER SAUL BASURTO #11660, and<br>CITY OF CHICAGO, an Illinois Municipal<br>Corporation,<br><br>　　　　Defendants. | Case No.: 08 C 1014<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Geraldine Soat Brown |

**DEFENDANT JOHN HALEAS' MOTION FOR AN
ENLARGEMENT OF TIME TO ANSWER**

NOW COMES Defendant, OFFICER JOHN HALEAS, by and through his attorneys, QUERREY & HARROW, LTD., respectfully asks this Court for an enlargement of time to answer the remaining counts of Plaintiff's Amended Complaint. In support, Defendant Haleas states as follows:

1. On August 8, 2008, Plaintiff filed his First Amended Complaint (Dkt. #61). In response defendants filed a joint motion to dismiss Counts III, VIII, and X (only as it relates to Counts III and VIII). (Dkt. # 63).

2. The Joint Motion to Dismiss would not dispose of the entire lawsuit. The motion is set to be heard on September 10, 2008 before this Court.

3. The parties would not be prejudiced by an extension of time and said motion is not for dilatory purposes. Rather, this motion is brought in the interest of judicial economy.

WHEREFORE, defendant, JOHN HALEAS, respectfully requests that this Court grant an enlargement of time 14 days from this Court's ruling on the Joint Motion to dismiss to answer the remaining Counts of Plaintiff's Amended Complaint and for any other relief this Court deems appropriate and/or just.

Respectfully submitted,

By:   s/ Daniel F. Gallagher
      One of the Attorneys for Defendant,
      JOHN HALEAS

Daniel F. Gallagher
Larry Kowalcyk
Dominick L. Lanzito
Querrey & Harrow, Ltd.
175 W. Jackson Blvd.
Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

Document #: 1356302