**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Julio Martinez Jr.
      Plaintiff,

v.                  Case No.: 1:08−cv−01014
                    Honorable Amy J. St. Eve

John Haleas, et al.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 9/9/08 and continued to 11/24/08 at 8:30 a.m. Defendants' motion to dismiss [63] is entered. Plaintiff's response to be filed by 10/8/08. Defendants reply to be filed by 10/22/08. Defendant Haleas' motion for extension of time [68] is granted. Defendant Haleas to answer 14 days after the court rules on the pending motion to dismiss. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.